

Georgia D. FOX and Doris Crane Loveland, as Owners of Barge LOVELAND 50, v. UNITED STATES of America, Owner of Dredge CLATSOP and Tug "VISITOR"; Tug Visitor Company; and Interstate Oil Transport Co., Libellant-Respondents.

UNITED STATES of America, Cross-Libellant-Appellant, v. Barge LOVELAND 50, Its engines, tackle, furniture and apparel, and Georgia D. Fox and Doris Crane Loveland, Claimants-Cross Respondents, Appellees,

UNITED STATES of America, Libellant-Appellant, v. Tug VISITOR, her engines, etc., Tug VISITOR COMPANY, and Interstate Oil Transport Company, Respondents-Appellees.

In the Matter of the Petition of Susanna E. BURRITT, Executrix of the Estate of Robert W. Burritt, Deceased, et al., for exemption from and limitation of liability, appellee, two cases.

Nos. 9542, 9543.

Circuit Court of Appeals, Third Circuit.
Argued May 20, 1948.
Decided May 26, 1948.

J. Frank Staley, of Washington, D. C. (H. G. Morison, Acting Asst. Atty. Gen., and Gerald A. Gleeson, U. S. Atty., and James P. McCormick, Asst. U. S. Atty., both of Philadelphia, Pa., on the brief), for the United States.

Thomas F. Mount, of Philadelphia, Pa. (Rawle & Henderson and Joseph W. Henderson, all of Philadelphia, Pa., on the brief), for Georgia D. Fox, et al.

Howard M. Long, of Philadelphia, Pa. (Howard T. Long, of Philadelphia, Pa., on the brief), for Interstate Oil Transport Co. et al.

Before McLAUGHLIN and KALODNER, Circuit Judges, and MADDEN, District Judge.

PER CURIAM.

The interlocutory decree of the District Court in this case, filed on October 22, 1947, will be affirmed on the opinion of the court below, 78 F.Supp. 133.

HEARST PUBLICATIONS, Incorporated, a Corporation, Appellant, v. UNITED STATES of America, Appellee.

CHRONICLE PUBLISHING COMPANY, a Corporation, Appellant, v. UNITED STATES of America, Appellee.

Nos. 11781–11784.

Circuit Court of Appeals, Ninth Circuit.
June 23, 1948.

Reginald H. Linforth and James I. Johnson, both of San Francisco, Cal. (Calkins, Hall, Linforth & Conard, of San Francisco, Cal., of counsel), for appellants.

Thereon Lamar Caudle, Asst. Atty. Gen., Sewall Key, A. F. Prescott, and Arthur L. Jacobs, Sp. Assts. to Atty. Gen., and Frank J. Hennessy, U. S. Atty., and William E. Licking, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Harry L. Price, of Oakland, Cal. (Robinson, Price & Macdonald, of Oakland, Cal., of counsel), John J. Hamlyn, of Sacramento, Cal., and Harry L. Dunn, of Los Angeles, Cal. (O'Melveny & Myers, of Los Angeles, Cal., of counsel), L. B. Binford & Binford, of Los Angeles, Cal., of counsel), Reginald H. Linforth, of San Francisco, Cal. (Calkins, Hall, Linforth & Conard, of San Franscisco, Cal., of counsel), Elystus L. Hayes, of San Francisco, Cal., and E. L. Skeel, of Seattle, Wash. (Skeel, McKelvy, Henke, Evenson & Uhlmann, of Seattle, Wash., of counsel), Arthur E. Simon and Clarence R. Innis, both of Seattle, Wash. (Wright, Innis, Simon & Todd, of Seattle, Wash., of counsel), W. W. Witherspoon, of Spokane, Wash. (Witherspoon, Witherspoon & Kelley, of Spokane, Wash., of counsel), L. L. Thompson, of Tacoma, Wash. (Henderson, Carnahan & Thompson, of Tacoma, Wash., of counsel), for Publishers, amicus curiae.

S. A. Ladar, of San Francisco, Cal., for Newspaper & Periodical Vendors & Dis-